PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| **United States District Court** | District | **Southern District of Indiana** |
|---|---|---|
| Name Eric Grandberry | Prisoner No. 146430 | Case No. |
| Place of Confinement<br>Putnamville Correctional Facility | 2 : 11 -cv- 0 1 8 6 WTL -WGH | |
| Name of Petitioner (include name under which convicted)<br>Eric Grandberry | Name of Respondent (authorized person having custody of petitioner)<br>Stanley Knight | |
| V. | | |
| The Attorney General of the State of Indiana | | |

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Putnamville Correctional Facility
   1946 W. U.S. Hwy 40, Greencastle, IN 46135

2. Date of Guilt determination: 5-19-11

3. Sanctions imposed: Deprivation of 30 days earned credit time, Demotion from Credit class I to Credit class II (Suspended)

4. Nature of rule infractions involved (all counts) Poss. of electric device (207)

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty       ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing              ☒

7. Did you testify at your disciplinary hearing?
   Yes ☒   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☒   No ☐

1

9.  If you did appeal, answer the following:

    (a) Name and title of Reviewing Authority: Craig Grage, Asst. Superintendent

    (b) Result  Appeal denied; found no errors to impede defense or right to appeal.

    (c) Date of result 6-7-11

    Grounds raised  My hearing was past the allotted policy recommendation, I was denied to see the evidence used to convict me, my testimony was not recorded as policy states for all major violations. Staff ordered me to do work that I was charged for violating.

    (d) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

    (1) Name and title of Higher Reviewing Authority: C.A. Penfold, Final Reviewing Authority

    (2) Result  Appeal denied; no evidence of procedural or due process error.

    (3) Date of result 6-20-11

    Grounds raised  How the facility doesn't follow there own policy procedures that are created to hold fair due process procedures.

    Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

    Yes ☐    No ☒

    If your answer to 10 was "yes," give the following information:

10. (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

11. _____

2

12  State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 993 (7th Cir. 1990) prior to filing this petition.

GROUND ONE: I was denied to see the evidence used against me.

SUPPORTING FACTS (state *briefly* without citing cases or law) At my screening hearing I asked to be shown the evidence that was being used to accuse me of the violations. At my hearing neither the hearing officer or myself saw it yet the Hearing Officer found me guilty based upon the evidence.

GROUNT TWO: I didn't get all my testimony documented, making my defense incomplete and not granting me my due process.

SUPPORTING FACTS (state *briefly* without citing cases or law) The Adult Disciplinary Policy handbook states clearly that all major violations shall be recorded and maintained for a minimum of two years. I was not given that right to have my defense preserved for later appeals.

GROUNT THREE: My hearing was past the seven (7) days given to have C.A.B hearings completed.

SUPPORTING FACTS (state *briefly* without citing cases or law) In the Adult Disciplinary policy it states that disciplinary hearings should be completed within seven (7) days from the time of the incident. The day of my incident was 5-5-11, I had my hearing on 5-19-11.

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level: After I received my sanctions from the hearing I was placed in a behavior unit in which I was denied my allotted one (1) hour recreation outside my living unit, I was not allowed access to the law library, I could not attend any of my religious services. I didn't bring this up earlier because I didn't know I was further sanctioned to this unit.

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

    Yes ☐    No ☒

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

    (a) At Disciplinary hearing: _____

    (b) At Institutional Level Appeal: _____

    (c) At I.D.O.C. Level Appeal: _____

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*[signature]*
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7-6-11
DATE

*[signature]*
Signature of Petitioner

## CERTIFICATE OF ACCOUNT

I certify that  Eric Grandberry  (name),

DOC# 146430  has the sum of $ 2.73  on

account to his credit at <u>Putnamville Correctional Facility</u>, the institution

where he is confined.

I further certify that he has the following securities to his credit

according to the records of said institution: none to my knowledge. . I

further certify that during the last six months his average balance in his trust

account was $ 41.18 .

Eric Grandberry
Signature

Dated: July 6, 2011

Barbara Oliver, Acct 6
Authorized Officer of Institution

BARBARA OLIVER, Acct 6
Printed Name and Title

```
TFMITRAN                       OFFENDER TRUST SYSTEM              07/06/11  10:59:56
LOC: ISF                     TRANSACTION HISTORY INQUIRY                USER: ISF072

 OFFENDER NO  146430     NAME: GRANDBERRY        ERIC            D

 FROM DATE: 01 / 06 / 2011  TO DATE: 06 / 30 / 2011  STATUS: AC  HSE UNIT: 16

                              ENDING BALANCE (END OF MONTH)=       $0.29
   DOCMT      TRAN                                TRAN   POST    BATCH    TRAN       ACCOUNT
   NUMBER     CODE     DESCRIPTION                TYPE   DATE     NO.    AMOUNT      NUMBER
  ==========  ====  =========================     ====  ========  ====  ==========  ======
  SP DEC 10   SAVD  RE-ENTRY ACCOUNT DEDUCT        D    01/19/2011 037        $5.12 146430
  SP DEC 10   ADJC                                 C    01/19/2011 036       $34.13 146430
  0011        ISRV  FF/E. GRANDBERRY               D    01/12/2011 010        $9.00 146430
  ISF 01/11   COMM  ISF-011111-0878B  /  001       D    01/12/2011 003        $4.78 146430
  ISF 01/06   COMM  ISF-010611-1362B  /  001       D    01/06/2011 004       $22.10 146430
  ISF 01/06   COMM  ISF-010611-0180B  /  001       D    01/06/2011 004        $2.26 146430


 PAGE : 0004

 PF2=DISPLAY TRANSACTIONS   PF7=PG/UP   PF8=PG/DN    *PF9=CLEAR SCREEN*   PF10=EXIT
 4-©                 1 Sess-1    10.1.23.59                  TCP03031          4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              07/06/11  10:59:56
LOC: ISF                   TRANSACTION HISTORY INQUIRY                USER: ISF072

   OFFENDER NO  146430    NAME: GRANDBERRY      ERIC          D

   FROM DATE: 01 / 06 / 2011  TO DATE: 06 / 30 / 2011  STATUS: AC  HSE UNIT: 16

                              ENDING BALANCE (END OF MONTH)=       $0.29
  DOCMT       TRAN                             TRAN   POST    BATCH   TRAN      ACCOUNT
  NUMBER      CODE      DESCRIPTION            TYPE   DATE    NO.     AMOUNT    NUMBER
  ========== ====  ======================== ====  ======== ====  =========== ======
  ISF 03/10  COMM  ISF-031011-0173B  /  001    D   03/10/2011 006      $2.26 146430
  0011       ISRV  FF/  E. GRANDBERRY          D   03/08/2011 009     $10.50 146430
  429689     POMO  JEROME COLLIER              C   03/04/2011 004     $40.00 146430
  ISF256327  MEDC  MED/ E. GRANDBERRY          D   02/26/2011 003      $2.99 146430
  SP JAN 11  SAVD  RE-ENTRY ACCOUNT DEDUCT     D   02/25/2011 037      $4.43 146430
  SP JAN 11  ADJC                              C   02/25/2011 036     $32.50 146430
  ISF256327  MEDC  MED/ E. GRANDBERRY          D   02/14/2011 011      $2.01 146430
  71664      ISRV  POUT/E. GRANDBERRY          D   02/07/2011 007      $0.10 146430
  ISF 01/27  COMM  ISF-012711-2043B  /  001    D   01/27/2011 012     $27.82 146430
  0011       ISRV  FF/E. GRANDBERRY            D   01/26/2011 014      $1.00 146430
  PAGE : 0003

  PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
  4-©              1 Sess-1    10.1.23.59                TCP03031          4/16
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM              07/06/11  10:59:56
LOC: ISF                  TRANSACTION HISTORY INQUIRY                USER: ISF072

   OFFENDER NO  146430     NAME: GRANDBERRY      ERIC          D

   FROM DATE: 01 / 06 / 2011  TO DATE: 06 / 30 / 2011  STATUS: AC  HSE UNIT: 16

                              ENDING BALANCE (END OF MONTH)=       $0.29
   DOCMT      TRAN                              TRAN   POST    BATCH   TRAN      ACCOUNT
   NUMBER     CODE    DESCRIPTION               TYPE   DATE    NO.     AMOUNT    NUMBER
   ========== ====    =========================  ====  ======== ====   ========  ======
   SP MAR 11  SAVD  RE-ENTRY ACCOUNT DEDUCT      D    04/19/2011 039    $5.25 146430
   SP MAR 11  ADJC                               C    04/19/2011 038   $35.00 146430
   ISF 03/31  COMM  ISF-033111-0713B  /  001     D    03/31/2011 003   $29.30 146430
   11897      ADJC  SPADES/3RD                   C    03/25/2011 009    $3.00 146430
   72170      ESRV  PLAYA 4 LIFE/MAGAZINE        D    03/23/2011 045    $8.95 146430
   SP FEB 11  SAVD  RE-ENTRY ACCOUNT DEDUCT      D    03/23/2011 005    $5.12 146430
   SP FEB 11  ADJC                               C    03/23/2011 004   $34.13 146430
              ISRV  REL POSTAGE HOLD             R    03/14/2011 022    $1.73 146430
   72099      ISRV  POSTAGE/  E. GRANDBERRY      D    03/14/2011 020    $1.73 146430
   ISF 03/10  COMM  ISF-031011-0763B  /  001     D    03/10/2011 006   $40.75 146430
   PAGE : 0002

   PF2=DISPLAY TRANSACTIONS   PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
4-©                   1 Sess-1    10.1.23.59                TCP03031         4/16
```

```
TFMITRAN                      OFFENDER TRUST SYSTEM              07/06/11  10:59:56
LOC: ISF                    TRANSACTION HISTORY INQUIRY               USER: ISF072

   OFFENDER NO  146430     NAME: GRANDBERRY      ERIC            D

   FROM DATE: 01 / 06 / 2011  TO DATE: 06 / 30 / 2011  STATUS: AC  HSE UNIT: 16

                              ENDING BALANCE (END OF MONTH)=        $0.29
   DOCMT       TRAN                                TRAN    POST    BATCH    TRAN       ACCOUNT
   NUMBER      CODE       DESCRIPTION              TYPE    DATE     NO.    AMOUNT      NUMBER
   ==========  ====  ==========================    ====  ========  ====  ==========   ======
   ISF 06/28   COMM  ISF-062811-0020B    /  001     D    06/28/2011 003     $33.20 146430
   422285      POMO  JEROME COLLIER                 C    06/23/2011 005     $30.00 146430
   COMM CR     ADJC  ISF-060811-00066/REFUND        C    06/11/2011 001      $3.44 146430
   ISF 06/08   COMM  ISF-060811-0066B    /  001     D    06/08/2011 006     $27.44 146430
   ISF 06/02   COMM  ISF-060211-0594B    /  001     D    06/02/2011 002     $12.36 146430
   ISF 06/02   COMM  ISF-060211-0037B    /  001     D    06/02/2011 002      $5.33 146430
   SP APR 11   SAVD  RE-ENTRY ACCOUNT DEDUCT        D    05/23/2011 034      $4.78 146430
   SP APR 11   ADJC                                 C    05/23/2011 033     $31.88 146430
   11963       ADJC  EUCHRE/3RD/11S                 C    05/19/2011 005      $3.00 146430
   0012        ISRV  VEG-MEAT/E. GRANDBERRY         D    04/21/2011 050     $20.00 146430
   PAGE : 0001

   PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
4-©                  1 Sess-1    10.1.23.59                  TCP03031        4/16
```