IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ERIC GRANDBERRY, | ) |
| Petitioner, | ) ) ) |
| v. | ) CAUSE NO. 2:11-CV-186-WTL-WGH |
| STANLEY KNIGHT, | ) ) ) |
| Respondent. | ) |

## SECOND MOTION FOR ENLARGEMENT OF TIME

Respondent, by counsel, Linda S. Leonard, Counsel to the Office of the Attorney General, respectfully moves the Court for an enlargement of time to file a Return to this Court's Order to Show Cause in the above case. In support, Respondent states:

1. By a previous enlargement, a response in this case is due by October 24, 2011.

2. The undersigned counsel holds a part-time position with the Office of the Attorney General, and she works approximately ten hours a week. A review of the record in this case indicates that further investigation is necessary prior to preparing a response. Due to her necessary attention to other pending litigation, the undersigned counsel needs an additional thirty days to complete her investigation.

3. During the next three weeks, the undersigned has responses due in the following cases:

> *Reeves v. Carneygee*, 1:11 CV 718
> *Johnson v. Knight,* 3:11-cv-123
> *Hudson v. Finnan,* 1:11 CV 899
> *Hogan v. Superintendent*, 3:11 CV 98
> *Salazar v. Superintendent,* 3:11 CV 197
> *Brown v. Finnan*, 1:11 CV 954

*Harris v. Superintendent*, 1:11 CV 1027

4. The Petitioner is currently serving a twenty-year sentence for dealing cocaine. His projected release date is December 24, 2015.

5. An additional period of time of thirty (30) days, up to and including November 23, 2011, is necessary to allow counsel the opportunity to properly respond to the petition.

6. This request is being made in good faith and not for the purpose of hindrance or delay.

WHEREFORE, Respondent, by counsel, respectfully moves the Court for an enlargement of time of thirty (30) days, up to and including November 23, 2011, in which to serve a return to the Court's Order to Show Cause in the above entitled cause, and for all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER,
Attorney General of Indiana
Atty. No. 1958-98

By: s/Linda S. Leonard
Linda S. Leonard
Counsel to the Office of the
Attorney General
Attorney No. 20985-49

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, a copy of the foregoing was filed electronically. I hereby certify that on October 24, 2011, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Eric Grandberry, #146430
Putnamville Correctional Facility
1946 W. U.S. Hwy 40
Greencastle, IN 46135

                                            <u>s/ Linda S. Leonard</u>
                                            Linda S. Leonard
                                            Counsel to the Office of the
                                            Attorney General

Office of Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone:  (317) 232-4843
Fax:  (317) 232-7979
Email:  Linda.Leonard@atg.in.gov