IN THE
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

**ERIC GRANDBERRY**,                    )
                                        )
                **Petitioner**,         )
                                        )
        **v.**                          )   **CAUSE NO. 2:11-CV-186-WTL-WGH**
                                        )
**STANLEY KNIGHT**,                     )
                                        )
                **Respondent.**         )

**THIRD MOTION FOR ENLARGEMENT OF TIME**

Respondent, by counsel, Linda S. Leonard, Counsel to the Office of the Attorney General, respectfully moves the Court for an enlargement of time to file a Return to this Court's Order to Show Cause in the above case.  In support, Respondent states:

1.      By a previous enlargement, a response in this case is due by November 23, 2011.

2.      The undersigned counsel holds a part-time position with the Office of the Attorney General, and she works approximately ten hours a week.  The undersigned is in the process of completing her investigation of this case prior to preparing a response. Due to her necessary attention to other pending litigation, the undersigned counsel needs an additional thirty days to complete her investigation and prepare a response.

3.      In addition to the response due in this case, during the week of November 21, 2011, the undersigned has responses due in the following cases:

> *Reeves v. Carneygee*, 1:11 CV 718
> *Weaver v. Smith,* 1:11 cv 1121

4.      The Petitioner is currently serving a twenty-year sentence for dealing cocaine.  His projected release date is December 24, 2015.

5.      An additional period of time of thirty (30) days, up to and including December 23, 2011, is necessary to allow counsel the opportunity to properly respond to the petition.

6.      This request is being made in good faith and not for the purpose of hindrance or delay.

WHEREFORE, Respondent, by counsel, respectfully moves the Court for an enlargement of time of thirty (30) days, up to and including December 23, 2011, in which to serve a return to the Court's Order to Show Cause in the above entitled cause, and for all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER,
Attorney General of Indiana
Atty. No. 1958-98

By: s/Linda S. Leonard
Linda S. Leonard
Counsel to the Office of the
Attorney General
Attorney No. 20985-49

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, a copy of the foregoing was filed electronically.  I hereby certify that on November 23, 2011, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Eric Grandberry, #146430
Putnamville Correctional Facility
1946 W. U.S. Hwy 40
Greencastle, IN 46135

s/ Linda S. Leonard
Linda S. Leonard
Counsel to the Office of the
Attorney General

Office of Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone:  (317) 232-4843
Fax:  (317) 232-7979
Email:  Linda.Leonard@atg.in.gov