# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC GRANDBERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | 2:11-cv-0186-WTL-WGH |
| | ) | |
| STANLEY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry Discussing Selected Matters

**I.**

The petitioner's motion for a certificate of appealability [25] shall be processed by the clerk as a notice of appeal from the final judgment entered on the clerk's docket on April 19, 2012.

**II.**

It is true that prisoners are required by 28 U.S.C. § 2253(c) to obtain a certificate of appealability from either a district court or a court of appeals as a prerequisite to appealing the denial of their habeas corpus petitions. In the Seventh Circuit, however, this requirement does not extend to habeas petitioners challenging prison disciplinary proceedings. *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000). The premise of Mr. Grandberry's petition for certificate of appealability is that such a certificate is required in order for his appeal to proceed, but the law is otherwise. Accordingly, his petition for a certificate of appealability [25] is **denied**.

IT IS SO ORDERED.

Date: 05/02/2012

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**

**Distribution:**

**Eric Grandberry**
**No. 146430**
**Putnamville Correctional Facility**
**1946 West U.S. Highway 40**
**Greencastle, IN 46135**

Linda.Leonard@atg.in.gov